IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN J. DOUGAN,

    Petitioner,               No. MISC S-09-0052 FCD DAD

    v.

UNITED STATES OF AMERICA,      ORDER

    Respondent.

_____/

        Petitioner has filed a petition to quash Internal Revenue Service Summons pursuant to 26 U.S.C. § 7609(b)(2). The action has been assigned to the Honorable Frank C. Damrell, Jr. and has been referred to the undersigned to Local Rule 72-302(c)(10).

        Pursuant to Fed. R. Civ. P. 16, IT IS ORDERED that:

        1. If service of process has not yet been completed, petitioner shall effect service of process upon respondent within 30 days from the date on which this order is filed.

        2. Petitioner shall serve a copy of this order upon respondent and file a certificate of such service.

        3. Within 30 days after service of process, respondent shall file and serve opposition to the petition and/or a motion for summary enforcement. Petitioner shall file and
/////

1

serve a reply within 21 days after the filing of respondent's opposition and/or motion.  The matter will stand submitted on the papers, unless any party requests oral argument.

DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\dougan0052.petquash.serve