1  JAMES J. BANKS (SBN 119525)
   ROBERTA LINDSEY SCOTT (SBN 117023)
2  BANKS & WATSON
   Hall of Justice Building
3  813 6th Street, Suite 400
   Sacramento, CA  95814-2403
4  Telephone:  (916) 325-1000
   Facsimile:   (916) 325-1004
5
   Attorneys for Petitioner
6  STEPHEN J. DOUGAN

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  STEPHEN J. DOUGAN,                    No.:  2:09-mc-00052-FCD-DAD

12                 Petitioner,            **CERTIFICATE OF SERVICE OF ORDER
                                          [FED. R. CIV. P. 16]**
13        v.

14  UNITED STATES OF AMERICA,

15                 Respondent.

16

17  STATE OF CALIFORNIA          )
                                 ) ss.
18  COUNTY OF SACRAMENTO         )

19       At the time of service, I was over 18 years of age and not a party to this action.  My business

20  address is 813 Sixth Street, Suite 400, Sacramento, California 95814.

21       On June 17, 2009, I served a copy of:

22               **ORDER [FED. R. CIV. P. 16], dated 06/16/2009**

23  on the person(s) below, as follows:

24       Civil Process Clerk                 Ms. Crystal Langston
         United States Attorney's Office     Revenue Agent
25       501 I Street, Suite 10-100          Internal Revenue Service
         Sacramento, CA  95814               4330 Watt Avenue
26                                           Sacramento, CA  95821

27

28

{00044696.DOC; 1 }                      1                      CERTIFICATE OF SERVICE

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | First Northern Bank<br>P.O. Box 547<br>Dixon, CA  95620 |

(✓)   **BY UNITED STATES MAIL** – I enclosed the document in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this office's practice for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sacramento, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.  Executed on June 17, 2009, at Sacramento, California.

          /s/ Diane Brown
        Diane Brown